IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ENOCH SMITH, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| | )   Case No. 2:23-CV-02114 |
| HIGHLAND COMMUNITY COLLEGE, | ) |
| DEBORAH FOX, BRYAN DORREL, | ) |
| ERIC INGMIRE, EILEEN GRONNIGER | ) |
| AND JEFFREY HANCOCK, | ) |
| | ) |
|     DEFENDANTS. | ) |

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 6th day of July, 2023, Defendant Highland Community College served the following upon William C. Odle, wodle@odlelawfirm.com via email in both Word and pdf format:

1. ***Defendant Highland Community College's First Request for Production to Plaintiff Enoch Smith; and***

2. ***Defendant Highland Community College's First Interrogatories to Plaintiff Enoch Smith.***

    Respectfully submitted,

    SANDERS WARREN & RUSSELL LLP

    */s/ Sean M. Sturdivan*
    Sean M. Sturdivan    KS Bar No. 21286
    Tracy M. Hayes    KS Bar No. 23119
    Michael K. Hobbs    KS Bar No. 27841
    Compass Corporate Centre
    11225 College Boulevard, Suite 450
    Overland Park, Kansas 66210
    Phone: (913) 234-6100
    Facsimile: (913) 234-6199
    Email: s.sturdivan@swrllp.com
    Email: t.hayes@swrllp.com
    Email: m.hobbs@swrllp.com
    ***ATTORNEYS FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 6th day of July, 2023, the foregoing was served via email to all counsel of record:

William C. Odle
The Odle Law Firm, LLC
6½ East First Street, Suite 2
Parkville, Missouri 64152
Phone: (816) 631-5220
Facsimile: (816) 631-5225
Email: wodle@odlelawfirm.com
***ATTORNEY FOR PLAINTIFF***

                          */s/ Sean M. Sturdivan*
                          **ATTORNEY**

**SWORN SIGNATURE PAGE**

STATE OF _____ )
                                       ) ss.
COUNTY OF _____ )

       The below named person, being duly sworn on oath, states that he has read the foregoing Interrogatories and the answers given are true to the best of affiant's knowledge and belief.

                                                                                                                                  _____
                                                                                                                                      Plaintiff Enoch Smith

       The foregoing answers to Interrogatories were subscribed and sworn to me this _____ day of _____, 20___.

                                                                                                                                   _____
                                                                                                                                     Notary Public

My commission expires:

_____