## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Enoch Smith ) | |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | |
| ) | Case No. 2:23-CV-02114 |
| Highland Community College ("HCC"), ) | |
| Deborah Fox, Bryan Dorrel, ) | |
| Eric Ingmire, Eileen Gronniger and ) | |
| Jeffery Hancock, ) | |
| ) | |
| DEFENDANTS. ) | |

### JOINT MEDIATION NOTICE

COME NOW the above parties, by and through their undersigned counsel, and pursuant to this Court's Scheduling Order (Doc #19) entered August 1, 2023, for their Joint Mediation Notice, state the following:

1. **Scheduled Date for Mediation:** November 20, 2023, beginning at 9:30 a.m. CST. To prepare for the mediation, the parties have agreed to provide the mediator with basic materials, perhaps a brief confidential statement setting out the nature of the dispute and a settlement proposal and/or relevant pleadings or briefs of novel legal issues, 7 days prior to the scheduled mediation date.

2. **Mediator:** Joe Eischens of Eischens and Vogel Mediation Solutions.

3. **Participants:** It is our understanding that each party will have a person at the mediation, either in person or via Zoom, with full authority to settle the case, including any insurance company representative if appropriate.

**JOINTLY SUBMITTED**

**DATE: September 22, 2023**

*/s/      William C. Odle*
William C. Odle        KS Bar #14235
The Odle Law Firm, LLC
6 ½ E. First Street, Suite 2
Parkville, MO  64152
Phone: (816) 631-5220
Facsimile: (816) 631-5225
Email: wodle@odlelawfirm.com
ATTORNEY FOR PLAINTIFF


 */s/  Sean M. Studivan*
Sean M. Sturdivan      KS Bar #21286
Tracy M. Hayes         KS Bar #23119
Michael K. Hobbs       KS Bar #27841
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, KS  66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
s.sturdivan@swrllp.com
t.hayes@swrllp.com
m.hobbs@swrllp.com
ATTORNEYS FOR DEFENDANTS