### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ENOCH SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 2:23-CV-02114 |
| HIGHLAND COMMUNITY COLLEGE | ) |
| ("HCC"), DEBORAH FOX, BRYAN | ) |
| DORREL, ERIC INGMIRE, | ) |
| EILEEN GRONNIGER AND | ) |
| JEFFERY HANCOCK, | ) |
| | ) |
| Defendants. | ) |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared hereby stipulate that all claims by Plaintiff against Defendant Highland Community College are hereby dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted,

THE ODLE LAW FIRM, LLC

/s/ William C. Odle
William C. Odle  KS Bar #14235
6 ½ E. First Street, Suite 2
Parkville, MO  64152
Phone:  (816) 631-5220
Email:  wodle@odlelawfirm.com
**ATTORNEY FOR PLAINTIFF**

SANDERS WARREN & RUSSELL LLP

/s/ *Sean M. Sturdivan*
Sean M. Sturdivan    KS #21286
Tracy M. Hayes      KS #23119
Michael K. Hobbs    KS #27841
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS 66210
Telephone:    (913) 234-6100
Facsimile:    (913) 234-6199
Email:  s.sturdivan@swrllp.com
Email:  t.hayes@swrllp.com
Email:  m.hobbs@swrllp.com
**ATTORNEYS FOR DEFENDANTS**